IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01851-PSF-OES

NEEL PUNATAR,

    Plaintiff,

v.

HINDUSTAN PETROLEUM CORPORATION LIMITED, and
DOES 1 THROUGH 10, inclusive,

    Defendants.

## ORDER DENYING MOTION TO CONSOLIDATE

THIS MATTER comes before the Court upon plaintiff's response to this Court's Show Cause order entered on September 7, 2005 in Civil Action No. 04-F-1847. On September 20, 2005, plaintiff filed a "motion" *pro se* in both cases (Dkt. # 6) in which he requests this Court to consolidate this case with the other case, as both have been settled. As this case has been settled and terminated, and Civil Action No. 04-F-1847 has been dismissed with prejudice by Order of this Court entered this day, the motion to consolidate (Dkt. # 6) is DENIED as moot.

    DATED: September 22, 2005

                                          BY THE COURT:

                                          s/Phillip S. Figa

                                          _____
                                          Phillip S. Figa
                                          United States District Judge